

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-18-00556-CV

Salim **MERCHANT**,
Appellant

v.

**SOUTH TEXAS MERCHANT ASSOCIATION COOPERATIVE**, et al,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14923
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On August 29, 2018, we ordered Appellant to timely show cause in writing that the clerk's record has been paid. Appellant timely complied; our August 29, 2018 order is satisfied.

We ORDER the Bexar County District Clerk to file the clerk's record with this court within FIFTEEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court